AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Yonas Fikre <br> *Plaintiff(s)* <br> v. <br> FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas <br> *Defendant(s)* | Civil Action No. 3:13-cv-00899-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR 97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **05/31/2013**

By: **s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Yonas Fikre | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:13-cv-00899-PK |
| FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder, Attorney General
Deparatment of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR 97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **05/31/2013**

By: **s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Yonas Fikre <br><br> *Plaintiff(s)* <br> v. <br> FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas <br><br> *Defendant(s)* | Civil Action No. 3:13-cv-00899-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of State
2201 C Street, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR 97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **05/31/2013**

By: **s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Yonas Fikre <br><br> *Plaintiff(s)* <br> v. <br> FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas <br><br> *Defendant(s)* | Civil Action No. 3:13-cv-00899-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Kerry, Secretary of State
State Department
2201 C Street, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas H. Nelson
PO Box 1211
Welches, OR  97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date:  **05/31/2013**

By: s/S. Sellers, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Yonas Fikre

*Plaintiff(s)*

v.

FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas

*Defendant(s)*

Civil Action No. 3:13-cv-00899-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FBI Director Robert S. Mueller III
935 Pennsylvania Avenue, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas H. Nelson
PO Box 1211
Welches, OR  97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/31/2013**

By: **s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Yonas Fikre<br><br>*Plaintiff(s)*<br><br>v.<br><br>FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-00899-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Terrorism Screening Center Director Timothy Healy
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR 97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/31/2013**

By: **/s/S. Sellers, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Yonas Fikre

*Plaintiff(s)*

v.

FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas

*Defendant(s)*

Civil Action No. 3:13-cv-00899-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FBI Agent David Noordeloos
Federal Bureau of Investigation Headquarters
935 Pennsylvania Avenue, N.W.
Washington, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR 97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **05/31/2013** By: **/s/S. Sellers**, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Yonas Fikre<br><br>*Plaintiff(s)*<br>v.<br>FBI; Att'y Gen'l Eric Holder; Sec. of State John Kerry; FBI Director Robert S. Mueller III; Terrorism Screening Center Director Timothy Healy; FBI Agent David Noordeloos; FBI Agent Jason Dundas<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-00899-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FBI Agent Jason Dundas
Portland, Oregon, Field Office
9109 NE Cascades Parkway
Portland, OR  97220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Nelson
PO Box 1211
Welches, OR  97067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/31/2013**

By: **/S. Sellers, Deputy Clerk**