UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Yonas Fikre,

            Plaintiff(s),

    v.

FBI, et al.

            Defendant(s).

Civil Case No. 3:13-cv-00899

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Gadeir Abbas requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Abbas, Gadeir I.
     (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Council on American-Islamic Relations
Mailing Address: 453 New Jersey Avenue, S.E.
City: Washington,    State: D.C.    Zip: 20003
Phone Number: 720-291-0425    Fax Number: 202-488-0833
Business E-mail Address: gabbas@cair.com

#0979-3303424

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Virginia, October 2010, Bar # 81161

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
E.D. Mich, January 2011
N.D. Ohio, January 2011
4th Circuit Court of Appeals, 2011; Sixth Circuit, Dec. 2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Yonas Fikre, Plaintiff

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __30__ day of __MAY__, __2013__

_____
(Signature of Pro Hac Counsel)

__Gadeir    Abbas__
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __30th__ day of __May__, __2013__

_____
(Signature of Local Counsel)

Name: __Nelson, Thomas H.__
          (Last Name)         (First Name)         (MI)   (Suffix)

Oregon State Bar Number: __78315__
Firm or Business Affiliation: __Thomas Nelson & Associates__
Mailing Address: __PO Box 1211__
City: __Welches__           State: __Oregon__   Zip: __97067__
Phone Number: __503.622.3262__   Business E-mail Address: __nelson@thnelson.com__

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this __4th__ day of __June__, __2013__

                                        /s/ PaulPapak
                                        _____
                                        Judge

---