

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | June 12, 2013 |
| Case Number: | 3:13−cv−00899−BR |
| Case Title: | Fikre v. Federal Bureau of Investigation et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Paul Papak to the Honorable Anna J. Brown, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:  Bonnie Boyer
                Telephone:  503−326−8053
                Email:  bonnie_boyer@ord.uscourts.gov

    Docket Information:  Telephone:  503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Brown's initials (BR) will replace the previous judge's initials in this case.

                          **MARY L. MORAN**
                          **Clerk of Court**

cc:  Judge Brown
    Counsel of Record