# Exhibit 4

Notice of Intent to Use Foreign Intelligence
Surveillance Act Information,
*United States v. Yonas Fikre*, 12-CR-1689
(JAH), D.S.D. Cal., Dkt. # 10 (May 4, 2012)

1    LAURA E. DUFFY
     United States Attorney
2    CAROLINE HAN
     Assistant U.S. Attorneys
3    California State Bar Nos. 250301
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 546-6968/(619) 546-0831 (Facsimile)
     Email: Caroline.Han@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                           UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                         (HONORABLE JOHN A. HOUSTON)

11   UNITED STATES OF AMERICA,              )    Criminal Case No. 12CR1689-JAH
                                            )
12                          Plaintiff,      )    NOTICE OF INTENT TO USE FOREIGN
                                            )    INTELLIGENCE SURVEILLANCE ACT
13              v.                          )    INFORMATION
                                            )
14   DAWIT WOLDEHAWARIAT (2),               )
15   ABREHAILE HAILE (3),                   )
                                            )
16                          Defendants.     )
                                            )
17

18           The United States of America, by and through its counsel, Laura E. Duffy, United States

19   Attorney, and Caroline Han, Assistant U.S. Attorney, hereby provides notice to the defendants,

20   Dawit Woldehawariat and Abrehail Haile, and to the Court, pursuant to Title 50, United States

21   Code, Sections 1801 et seq., that the United States intends to use or disclose at pre-trial hearings,

22   the trial and other proceedings in this case information obtained or derived from electronic

23

24

25

26

27

28

1 | electronic surveillance conducted pursuant to the authority of the Foreign Intelligence Surveillance

2 | Act.

3 |  DATED: May 4, 2012

4 |  Respectfully submitted,

5 |  LAURA E. DUFFY
6 |  United States Attorney

7 |  s/Caroline P. Han

8 |  CAROLINE HAN
   Assistant U.S. Attorney

9 |  Attorneys for Plaintiff
10 |  United States of America

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28