STUART F. DELERY
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

BRIGHAM J. BOWEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 514-6289
Fax: (202) 616-8470
E-mail: Brigham.Bowen@usdoj.gov

*Attorneys for Defendants Federal Bureau of Investigation, Eric Holder, State Department, John Kerry, James B. Comey, and Christopher M. Piehota*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| YONAS FIKRE, <br><br> *Plaintiff*, <br><br> v. <br><br> THE FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> *Defendants*. | Case 3:13-cv-00899-BR <br><br><br> **OFFICIAL-CAPACITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), defendants Federal Bureau of Investigation, Eric Holder, Department of State, John Kerry, James B. Comey, and Christopher M. Piehota submit this motion to dismiss all claims asserted against them in Plaintiff's Second Amended Complaint. As grounds for this motion, the above defendants submit their concurrently filed memorandum in support. Pursuant to Local Rule 7-1, the undersigned conferred with counsel for Plaintiff, and counsel indicated that Plaintiff opposes the motion.

1 – OFFICIAL-CAPACITY DEFS.' MOT. TO DISMISS
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

Dated: August 8, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*s/ Brigham J. Bowen*
BRIGHAM J. BOWEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 514-6289
Fax: (202) 616-8470
E-mail: Brigham.Bowen@usdoj.gov

*Attorneys for Defendants Federal Bureau of Investigation, Eric Holder, State Department, John Kerry, James B. Comey, and Christopher M. Piehota*

2 – OFFICIAL-CAPACITY DEFS.' MOT. TO DISMISS
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

                                                *s/ Brigham J. Bowen*
                                                BRIGHAM J. BOWEN