

**U.S. Department of Homeland Security**
DHS Traveler Redress Inquiry Program
601 South 12th Street, TSA-901
Arlington, VA 22202-4220

February 12, 2015

Mr. Yonas Fikre
c/o Thomas Howard Nelson
PO Box 1211
Welches, OR 96067
United States

Redress Control Number: 2184463

Dear Mr. Fikre:

We have reevaluated the redress inquiry you filed with the Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP). As part of that reevaluation, we have conducted a new review of applicable records in consultation with other federal agencies, as appropriate. It has been determined that you are on the No Fly List because you have been identified as an individual who "may be a threat to civil aviation or national security." 49 U.S.C. § 114(h)(3)(A). In particular, it has been determined that you are an individual who represents a threat of engaging in or conducting a violent act of terrorism and who is operationally capable of doing so.

We are unable to provide additional disclosures regarding your placement on the No Fly List. Factors limiting disclosure in this context may include national security concerns, privileges, and/or legal limitations such as the Privacy Act.

If you feel that this determination is in error, or you feel that the information provided to you is inaccurate, you are encouraged to respond and provide us with information you think may be relevant. Such information should be submitted to DHS TRIP at the above address. As we have been advised by the Department of Justice that your redress inquiry is the subject of litigation with court-imposed deadlines, such information should be submitted by February 20, 2015. Information you submit will be considered before a final determination is made. The final determination will constitute a final order pursuant to 49 U.S.C. § 46110 on your redress inquiry by March 9, 2015.

If you have further questions, please write to DHS TRIP at the address in this letterhead or via email at TRIP@dhs.gov.

Sincerely,

*Deborah O. Moore*

Deborah O. Moore
Director
DHS Traveler Redress Inquiry Program