BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

BRIGHAM J. BOWEN
SAMUEL M. SINGER
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514-6289
Fax: (202) 616-8470
E-mail:       Brigham.Bowen@usdoj.gov
              Samuel.M.Singer@usdoj.gov

*Attorneys for Defendants Federal Bureau of Investigation, Loretta E. Lynch, State Department, John Kerry, James B. Comey, United States, James Clapper, Michael S. Rogers, National Security Agency, and Christopher M. Piehota*[1]

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| YONAS FIKRE,<br><br>    *Plaintiff*, | Case 3:13-cv-00899-BR |
|---|---|
| v.<br><br>THE FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>    *Defendants*. | **NOTICE REGARDING PLAINTIFF'S STATUS** |

Defendants hereby notify the Court that undersigned counsel recently was advised by the Terrorist Screening Center that Plaintiff has been removed from the No Fly List.  Undersigned counsel notified counsel for Plaintiff of this change on Friday, May 6, 2016.  Defendants are prepared to submit further briefing on the impact of this development on Plaintiff's due process

---

[1] Loretta E. Lynch, Attorney General of the United States, is substituted for her predecessor by operation of law.  Fed. R. Civ. P. 25(d).

1 – NOTICE RE: PL.'S STATUS
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

claims, as necessary. Defendants would also be prepared to discuss this development at a hearing regarding their motion to dismiss, should such a hearing be scheduled.

Dated: May 9, 2016                              Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*s/ Brigham J. Bowen*
BRIGHAM J. BOWEN
SAMUEL M. SINGER
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514-6289
Fax: (202) 616-8470
E-mail:        Brigham.Bowen@usdoj.gov
                     Samuel.M.Singer@usdoj.gov

*Attorneys for Defendants Federal Bureau of Investigation, Loretta E. Lynch, State Department, John Kerry, James B. Comey, United States, James Clapper, Michael S. Rogers, National Security Agency, and Christopher M. Piehota*

2 – NOTICE RE: PL.'S STATUS
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

                                              *s/ Brigham J. Bowen*
                                              BRIGHAM J. BOWEN

3 – NOTICE RE: PL.'S STATUS
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR