Thomas H. Nelson, OSB 78315 (nelson@thnelson.com)
P.O. Box 1211
Welches, OR 97067
Phone: 503.622.3262

Brandon Mayfield, OSB 000824 (mayfieldbrandon@hotmail.com)
3950 SW 185th Avenue
Beaverton, OR 97007
Phone: 503.941.5101

Gadeir Abbas, pro hac vice (gabbas@cair.com)
Council on American-Islamic Relations
453 New Jersey Avenue, S.E.
Washington, D.C. 20003
Phone: 202.488.8787

William J. Burgess, pro hac vice (wburgess@cair.com)
Council on American-Islamic Relations
453 New Jersey Avenue, S.E.
Washington, D.C. 20003
Phone: 202.488.0833

*Attorneys for Plaintiff*


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

BRIGHAM J. BOWEN
SAMUEL M. SINGER
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514-6289
Fax: (202) 616-8470
E-mail:        Brigham.Bowen@usdoj.gov
               Samuel.M.Singer@usdoj.gov

*Attorneys for Defendants Federal Bureau
of Investigation, Loretta Lynch, State
Department, John Kerry, James B.
Comey, United States, James
Clapper, Michael S. Rogers, National
Security Agency, and Christopher M. Piehota*

1– JOINT STIPULATION REPORT REGARDING EFFECT OF PLAINTIFF'S REMOVAL
FROM NO FLY LIST
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| YONAS FIKRE,<br><br>          *Plaintiff*, | Case 3:13-cv-00899-BR |
|---|---|
| v.<br><br>THE FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>          *Defendants*. | **JOINT STIPULATION REGARDING THE EFFECT OF PLAINTIFF'S REMOVAL FROM THE NO FLY LIST** |

In accordance with the Court's May 20, 2016 Order, the parties have conferred and submit the following stipulation regarding the effect of Plaintiff's removal from the No Fly List on the pending litigation:

After further discussion, the parties were able to agree only that there is no longer a live controversy with respect to Plaintiff's request for an injunction requiring the Government to remove him from the No Fly List. *See* Fifth Amended Complaint, Dkt. No. 87, at 43 (seeking an injunction requiring that Defendants "not prevent plaintiff from returning to, flying over, or departing the United States").

Further, the parties agree with the Court's proposed handling of Defendants' Unopposed Motion to Stay Due Process Claims (Dkt. No. 91).

Dated: May 27, 2016                                    Respectfully submitted,

s/ Thomas Nelson
*Thomas H. Nelson*, OSB 78315
(nelson@thnelson.com)
P.O. Box 1211
Welches, OR 97067
Phone: 503.622.3262

*Brandon Mayfield*, OSB 000824
(mayfieldbrandon@hotmail.com)
3950 SW 185th Avenue
Beaverton, OR 97007
Phone: 503.941.5101

2– JOINT STIPULATION REPORT REGARDING EFFECT OF PLAINTIFF'S REMOVAL FROM NO FLY LIST
*Fikre v. FBI, et al.*, No. 3:13-cv-00899-BR

| | |
|---|---|
| *Gadeir Abbas*, pro hac vice<br>(gabbas@cair.com)<br>Council on American-Islamic Relations<br>453 New Jersey Avenue, S.E.<br>Washington, D.C. 20003<br>Phone: 202.488.8787<br><br>*William J. Burgess*, pro hac vice<br>(wburgess@cair.com)<br>Council on American-Islamic Relations<br>453 New Jersey Avenue, S.E.<br>Washington, D.C. 20003<br>Phone: 202.488.0833<br><br>*Attorneys for Plaintiff* | *s/ Brigham J. Bowen*<br>BRIGHAM J. BOWEN<br><br>*s/ Samuel M. Singer*<br>SAMUEL M. SINGER<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel.: (202) 514-6289<br>Fax: (202) 616-8470<br>E-mail:   Brigham.Bowen@usdoj.gov<br>            Samuel.M.Singer@usdoj.gov<br><br>*Attorneys for Defendants Federal Bureau* |
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Branch Director | *of Investigation, Loretta Lynch, State Department, John Kerry, James B. Comey, United States, James Clapper, Michael S. Rogers, National Security Agency, and Christopher M. Piehota* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing memorandum was delivered to all counsel of record via the Court's ECF notification system.

<u>*s/ Samuel M. Singer*</u><br>SAMUEL M. SINGER

## **CERTIFICATE OF COMPLIANCE**

This brief complies with the applicable word-count limitation under LR 7-2(b), 26-3(b), 54-1(c), or 54-3(e), because it contains fewer than 35 pages, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

*s/ Samuel M. Singer*
SAMUEL M. SINGER
