IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

YONAS FIKRE,                              3:13-cv-00899-BR

              Plaintiff,         ORDER

v.

FEDERAL BUREAU OF INVESTIGATION;
LORETTA E. LYNCH, in her official
capacity as Attorney General of
the United States; DEPARTMENT OF
STATE; JOHN KERRY, in his official
capacity as Secretary of State;
UNITED STATES OF AMERICA; JAMES B.
COMEY, in his official capacity
as Director of the Federal Bureau
of Investigation; CHRISTOPHER M.
PIEHOTA, in his official capacity
as Director of the FBI Terrorist
Screening Center; JAMES CLAPPER,
in his official capacity as
Director of National Intelligence;
MICHAEL S. ROGERS, in his official
capacity as Director of the National
Security Agency; NATIONAL SECURITY
AGENCY; DAVID NOORDELOOS, an
employee of the Federal Bureau of
Investigation, in his official and
individual capacity; JOHN DOE I,
also known as JASON DUNDAS, an
employee of the Federal Bureau of
Investigation, in his official and
individual capacities; and JOHN/JANE
DOES II-XX, agents of the United
States,

              Defendants.

1 - ORDER

This matter comes before the Court on Plaintiff's failure to serve Defendants David Noordeloos; John Doe I, also known as Jason Dundas; and John/Jane Does II-XX (collectively referred to as Individual Capacity Defendants).  In the Court's Opinion and Order (#105) issued September 28, 2016, the Court ordered Plaintiff to show good cause why the Court should not dismiss this matter as to Individual Capacity Defendants pursuant to Federal Rule of Civil Procedure 4(m) for failure to effectuate service.

On October 6, 2016, Plaintiff filed a Notice (#106) in which he stated he does not object to this Court dismissing this action as to the Individual Capacity Defendants.

Accordingly, on this record the Court **DISMISSES** this action **without prejudice** as to Individual Capacity Defendants pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

DATED this 24th day of October, 2016.

ANNA J. BROWN
United States District Judge

2 - ORDER