IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**YONAS FIKRE**,

    Plaintiff,

v.

**CHRISTOPHER WRAY**, Director of the Federal Bureau of Investigation (sued in his official capacity), et al.,

    Defendants.

Case No. 3:13-cv-00899-MO

JUDGMENT

**MOSMAN, J.**,

    In light of my Opinion and Order [ECF 164] granting Defendants' Motion to Dismiss [ECF 146], it is ordered and adjudged that this case is DISMISSED with prejudice. All pending motions are DENIED as moot.

    DATED this 12th day of August, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – JUDGMENT