```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF OREGON

 3   YONAS FIKRE,                )
                                 )
 4            Plaintiff,         )   Case No. 3:13-cv-00899-MO
                                 )
 5       v.                      )
                                 )
 6   FEDERAL BUREAU OF           )   December 11, 2024
     INVESTIGATION, et al.,      )
 7                               )
              Defendants.        )   Portland, Oregon
 8   _____)
```

 13                        **Oral Argument**

 14                   TRANSCRIPT OF PROCEEDINGS

 15         BEFORE THE HONORABLE MICHAEL W. MOSMAN

 16      UNITED STATES DISTRICT COURT SENIOR JUDGE

```
 1
 2                          APPEARANCES
 3
 4   FOR THE PLAINTIFF:      Mr. Gadeir Ibrahim Abbas
                             CAIR Legal Defense Fund
 5                           453 New Jersey Avenue SE
                             Washington, DC 20003
 6
 7                           Mr. Brandon B. Mayfield
                             Law Office of Brandon Mayfield
 8                           3950 S.W. 185th Avenue
                             Beaverton, OR 97007
 9
10                           Mr. Thomas H. Nelson
                             Thomas H. Nelson & Associates
11                           20820 East Glacier View Road
                             Zigzag, OR 97049
12
13
14
15   FOR THE DEFENDANT:      Ms. Amy Powell
                             U.S. Department of Justice
16                           Civil Division
                             Federal Programs Branch
17                           150 Fayetteville Street, Suite 2100
                             Raleigh, NC 27601
18
19
20
21   COURT REPORTER:         Bonita J. Shumway, CSR, RMR, CRR
                             United States District Courthouse
22                           1000 S.W. Third Avenue, Room 301
                             Portland, OR 97204
23                           (503)326-8188
                             bonita_shumway@ord.uscourts.gov
24
25
```

```
 1                      (P R O C E E D I N G S)

 2               (December 11, 2024; 11:01 a.m.)

 3                           * * * * *

 4          THE COURTROOM DEPUTY:  We are here today for oral

 5     argument in Case 3:13-cv-899-MO, Fikre versus FBI, et al.

 6               Counsel, please state your name for the record.

 7          MR. ABBAS:  Good morning, Your Honor.  Appearing for

 8     the plaintiff, Gadeir Abbas.  And with me as co-counsel, Thomas

 9     Nelson and Brandon Mayfield.  Your Honor, I'll be presenting

10     for the plaintiff.  My co-counsel have to depart at noon for a

11     funeral, so they'll quietly excuse themselves at that time.

12     Just heads up, Your Honor.

13          THE COURT:  When do they need to leave?

14          MR. ABBAS:  At noon, Your Honor.

15          THE COURT:  We won't go that long.

16          MS. POWELL:  Amy Powell for the Department of Justice

17     for the United States defendants.

18          THE COURT:  Thank you all for being here, all of you.

19     I appreciate the briefing you've given me.  I feel I've

20     received a lot of helpful information from the briefing, so I

21     thought I'd start with my tentative thoughts, and then I don't

22     need you to just reargue what's in your brief.  That's the

23     point of writing it well, you know, so that I absorb it.  If

24     you think I've missed something or need to hear something

25     that's different than what you've told me, then I'll hear from
```

1  you.

2       So we're here on plaintiff's motion for leave to file

3  an eighth amended complaint.  Just because it's fun to point

4  out, I am going to have to say out loud that it's 11 and a half

5  years after filing the first complaint here.  At this rate,

6  before we wrap this case up, I'll be dead watching this case

7  from heaven.  I don't want to be optimistic.  Watching it from

8  wherever I end up after I'm dead.

9       In the eighth amended complaint, the defendant seeks

10  to do two basic things:  Add new factual allegations and add a

11  RFRA claim.  I'm going to analyze each separately, although the

12  factors are the same and they overlap somewhat.

13       The parties agree on the basic legal standard for

14  which to take a look at this motion, and it centers on the

15  *Foman* factors, which I'll just say out loud are undue delay,

16  bad faith or dilatory motive on the part of the movant,

17  repeated failures to cure deficiencies by previous amendments,

18  undue prejudice to the opposing party, futility of amendment.

19       The case says "et cetera."  That's not my favorite

20  word.  I don't know what I get to back into it.  So I'll just

21  stick with the factors they listed.

22       And I'll say that there are two things to kind of

23  clear the ground from before I start going through the *Foman*

24  factors.  One is that nobody is arguing in this case any bad

25  faith or dilatory motive.  So I'm not going to analyze those

1    factors.

2           The second is that I have said things previously that

3    sounded, at least as I reread them, like a sort of an estoppel

4    or an absolute bar to any future amendments, and that's not

5    appropriate.  I don't think that's what I meant.  What I think

6    I meant was the next time one of these things come around, I

7    would be dubious that it would satisfy the *Foman* factors, but

8    I'm going to take a good faith look at them here without any

9    estoppel or just absolute bar to having further amendment.

10          So I'm going to put the proposed factual allegations

11   into four buckets.  One is facts that tend to show how

12   defendants used somebody's watchlist status to deny someone,

13   including plaintiff, certain benefits.  The second is how

14   defendants' watchlist contributed to plaintiff's recent denial

15   of entry into Saudi Arabia.  The third is defendants' allegedly

16   disproportionate targeting of American Muslims on the

17   watchlist, and the fourth is the overt and underinclusive

18   nature of the watchlist.  So those are the factual allegations

19   as I've described them, at least, to be added to the complaint.

20          So let's go through each factor.  The first is

21   previous amendments.  I'm not going to beat a dead horse here,

22   but plaintiff's failures to cure deficiencies in its complaint

23   for the eighth time, along with an historic pattern of failing

24   to do so as instructed, cut against him on the factor of prior

25   amendments.

1          The second one is undue prejudice.  It seems to me --

2    and here I'll ask the United States.  It seems to me that

3    whether I grant or deny this motion, there's likely to be

4    another round of Rule 12 litigation.  Is that -- am I right

5    about that?

6          MS. POWELL:  There is going to be another round of

7    Rule 12 litigation, I think, Your Honor, in light --

8          THE COURT:  So that, I think, cuts against any undue

9    prejudice here if we're going to have that litigation.  Adding

10   this relatively modest amount of change to what we're already

11   litigating doesn't, in my mind, satisfy the factor of undue

12   prejudice.

13         The third one is futility.  And so here's why I

14   divided them into buckets.  I think the first and second

15   buckets -- so to repeat myself, the idea that defendants used

16   somebody's watchlist to deny somebody, including plaintiff,

17   certain benefits, and the idea that being on the watchlist

18   contributed to denial of entry into Saudi Arabia, support

19   plaintiff's -- support the idea that plaintiff's claims are not

20   moot, and along with supporting the merits of the claim to some

21   degree.  So I don't see those two as futile.  That, therefore,

22   cuts in plaintiff's favor.

23         The third and fourth ones are more general, and

24   they're not specifically linked to plaintiff, although the

25   third one is sort of obviously linked to plaintiff, but they

1    might support the idea that his placement on the watchlist was

2    not narrowly tailored to meet the appropriate government

3    interest.

4         Is that the use you intend to make of those facts?

5         MR. ABBAS:  Your Honor, are you -- just to make sure

6    I follow.  Are you referring to the contents of the watchlist

7    facts, like the --

8         THE COURT:  Well, let's start with the idea that you

9    contend that there are things among the facts you want to add

10   that show the sort of over and underinclusive nature of the

11   watchlist.  So what use do you intend to make of those facts,

12   say, in front of a jury?

13        MR. ABBAS:  Yes, Your Honor.  For the procedural due

14   process claim, one of the *Mathews v. Eldridge* factors is the

15   risk of erroneous deprivation, and we think that the

16   allegations show the risk is 100 percent.

17        Similarly, on the substantive due process, any narrow

18   tailoring type of argument is going to have the factual basis

19   that the government can't, in fact, decide who among the

20   innocent is going to be guilty --

21        THE COURT:  I just want to make sure I'm sort of

22   guessing right on the possible use.  So thank you for

23   confirming that.

24        So that seems to me -- I'll hear from the United

25   States in just a minute on this, but it seems to me that it

1    means that these factual allegations are not futile.  Futile is

2    usually applied to claims anyway, so I guess what we're really

3    saying is they're not totally irrelevant to existing claims,

4    useless in some way.  And so I would be inclined to allow,

5    despite the one factor -- prior amendment -- cutting against

6    plaintiff, I would be inclined to allow the amendment of the

7    factual allegations.

8            So before I turn to the RFRA claim, let's stop there.

9    Those are my tentative thoughts on the factual allegations, and

10   since those thoughts tend to cut against the United States,

11   I'll turn to you first, Ms. Powell.

12           MS. POWELL:  Would you prefer I speak from the podium

13   or here?

14           THE COURT:  You can stay seated.  I'll hear you a

15   little bit better.  If you'll pull one of those microphones

16   close to you there.  Thank you.

17           MS. POWELL:  I'm gathering my thoughts for a moment.

18   I take the Court's point that --

19           THE COURT:  I want to stop and celebrate what you

20   just did there.  I teach oral advocacy classes.  I tell lawyers

21   all the time to do that.  So you stop and you think all you

22   want.  We'll sit here and just revel in the idea that somebody

23   with a prestigious law degree is getting ready to answer my

24   question.

25           MS. POWELL:  I prefer a moment to gather my thoughts.

1        I take your point that there is likely to be a round

2   of Rule 12 briefing regardless here.  That's accurate, I think,

3   in light of the Supreme Court opinion reopening the mootness

4   question that the government can assert more facts or at least

5   be briefing as to that.

6        I think under the sort of rationale that was put

7   forward by the Court in previous ruling by Judge Brown, ECF

8   No. 128, for example, has an extended discussion on the purpose

9   of Rule 12 briefing with some prejudice to the parties and

10  frankly to the judicial process from the constant rematching

11  the facts and legal theories, that the parties having to

12  continually address new facts and Rule 12 briefing.  Even if

13  there's going to be some briefing anyway, it's not going to be

14  narrowly focused on the issues that were left for us by the

15  Supreme Court and the Ninth Circuit but will expand to new

16  issues.

17       THE COURT:  I should probably put it to you this way

18  to explain also, because I divided them in pieces, and so I'm

19  not considering for right now the possibility that having to

20  litigate a new claim, a RFRA claim, would be unduly

21  prejudicial, because, you know, adding a new claim adds work,

22  adds effort and there's, I suppose, some prejudice.  Whether

23  it's undue or not we'll think about later.  So now I'll just

24  ask you to consider whether having to contend with some new

25  factual allegations on the claims that you're already going to

1    litigate really adds much extra labor.

2        MS. POWELL:  I'd say it adds some extra labor.  To

3    the extent they're relevant at all, which you've indicated that

4    at least some of them are, to the extent they're relevant at

5    all, we will need to research and address at the Rule 12 stage.

6    Again, sort of a process we thought we had been through.

7        THE COURT:  Thank you.

8        Do you wish to add anything further on this point?

9        MR. ABBAS:  Just one elaboration.  The facts that

10   we're trying to include in the complaint are not some marginal

11   type of facts.  For example, the paragraphs 155 to the mid

12   160s, we think that the fact that it's people are assigned

13   basically a permanent watchlist status and it doesn't really

14   ever go away resolves 100 percent the ability of the government

15   to argue mootness, and that's with or without the application

16   of the Court's voluntary cessation doctrine.

17       And just as the facts that we're adding are

18   dispositive, on the mootness standing issue, they're also

19   dispositive facts when we come to the tailoring that the Court

20   is going to have to do at the motion to dismiss stage regarding

21   the procedural due process and the substantive due process

22   claim.  It just so happens to be the case that this is, in

23   fact, a secret list of Muslims we believe assembled without

24   authorization from Congress, and we know that because we've

25   seen an actual copy of the list.  And those allegations --

1          THE COURT:  Okay.  Thank you.  I don't want to go too

2     far along.

3          MR. ABBAS:  Thank you, Your Honor.  I apologize.

4          THE COURT:  I don't want you to snatch victory --

5     snatch defeat from the jaws of victory here, because I intend

6     to allow the amendment.  I grant the motion to add the factual

7     allegation.

8          So let's turn to the RFRA claim.  Same basic

9     analysis, and I come out the same way on previous amendments.

10    It cuts against plaintiff here.

11          Unfair prejudice.  So the first question to ask is

12    does the RFRA claim merely recharacterize a previously

13    dismissed claim.  That's the substantive due process claim.

14    Give me just a moment's pause here for you arguing in favor of

15    a substantive due process claim just a second ago because it's

16    dismissed from the claim, but does that claim merely

17    recharacterize a previously dismissed claim, the STP claim?

18    Answer:  Sort of but not entirely.  There are similarities, but

19    the RFRA claim also relies on, for example, events of just a

20    few months ago, which aren't anywhere to be found in the

21    substantive due process claim.  So it's not -- one reason that

22    some claim might be futile is if it's just a recharacterization

23    of a dismissed claim.  Here it's not, in light of me granting

24    the motion to amend the facts.  It's also, by the way,

25    duplicative, even more so of the procedural due process claim,

1  but that's a living claim, so it's of less concern to me.

2         In my view, the RFRA claim is futile, and I don't

3  know quite what label to put on it.  It's on responsibility,

4  control, causation.  It's that core idea that the United States

5  does what it does with the watchlist, and various countries

6  then respond however they will.  France responds one way,

7  Tunisia responds another, Saudi Arabia does what it does.  The

8  United States has no control over what various countries do in

9  response to whatever it does with the watchlist.  That's on

10 those countries, and therefore doesn't state a claim against

11 the United States for denial of religious liberties.

12         Thank you.  I want to be clear.  There are two

13 substantive due process claims, and you may have been talking

14 about the nonstigma plus substantive due process claim a minute

15 ago.

16         MR. ABBAS:  That's correct.

17         THE COURT:  The one that I was talking about with the

18 similarities but not quite total similarity is the dismissed

19 stigma plus substantive due process claim.  Thank you.

20         So that's the core argument why I think the RFRA

21 claim is futile, is that it looks to the actual denial by an

22 independent actor outside the control of the United States

23 government.  And since those tentative thoughts turn against

24 the movant, I'll start to you first.

25         MR. ABBAS:  Your Honor, paragraph 168 of the proposed

1    eighth amended complaint, that's what I think what this Court

2    should look at in order to perhaps change its mind.

3              In paragraph 168 of the proposed amended complaint,

4    we refer to a picture of the -- what a Saudi official was

5    looking at when it denied Mr. Fikre entry.  That picture we

6    allege in paragraph 168 says there's, quote, an indication on

7    his passport that Mr. Fikre did something.  That indication, we

8    allege, was put there by the United States.  And it's this

9    mechanism --

10             THE COURT:  You don't have to allege it if it's on

11   his passport, his U.S. passport.

12             MR. ABBAS:  Your Honor, it's not physically on his

13   U.S. passport, but it's somehow electronically affixed.

14             THE COURT:  I don't think the United States contends,

15   nor is my analysis dependent on that picture coming from the

16   Saudis.  I mean, I accept, because of that paragraph, I accept

17   as true the allegation that there's a chain of events that

18   starts with certain actions being taken by the United States,

19   including that.

20             MR. ABBAS:  Yes, Your Honor.  And once -- I think

21   what flows from that event is that it's the United States is

22   causing it.  Just like --

23             THE COURT:  The question isn't whether there's a

24   chain of sort of factual relationships.  The question is is the

25   United States making the Saudis do this or are the Saudis

1  deciding on their own to do it.

2  MR. ABBAS:  And, Your Honor, we think that's a pure

3  legal determination in terms of is it actionable for the United

4  States -- when the United States has the intention to cause the

5  deprivation or the differential treatment or is it actionable

6  only when the government compels the outcome.  We think the

7  best guide for answering that question is the Ninth Circuit's

8  decision in *Humphries v. L.A. County*.  And we accept Your

9  Honor's point that there are absolutely similarities between

10  the procedural due process claim that the Ninth Circuit

11  remanded and the Supreme Court has reaffirmed that are left for

12  this Court to consider and the RFRA claim that we're adding

13  here.  And those similarities are that they're causing -- the

14  predictable known consequences of the international

15  dissemination of Mr. Fikre's watchlist status is that these

16  countries will take actions against him, subject him to more

17  onerous processes, up to and including exclusion from their

18  country.

19  And so we don't think --

20  THE COURT:  There's a lot of things that one country

21  can do that result in exclusion from other countries.  And I'm

22  reluctant to say that that makes the first country responsible

23  for the decisions in the second country.

24  So, for example, there are many countries that look

25  very carefully at your financial status before they allow

1   someone to immigrate to that country.  So one could say that,

2   well, if one is forced involuntarily to declare bankruptcy in

3   the United States by the United States, then that is going --

4   ineluctably it's going to result in certain countries not

5   allowing that person to immigrate there.  But those countries

6   decide what to do with the fact of something the United States

7   has decided.  And the United States may well know, hey, if we

8   do this, this person won't be allowed to immigrate there, or if

9   we put someone on the watchlist, they may know the Saudis won't

10  let him in.  But the fundamental point is the responsibility

11  ultimately for coming in and out of Saudi Arabia is not the

12  United States'.  That's the argument you're facing.

13          MR. ABBAS:  I think the response would be that before

14  the government imposes, like, a criminal conviction, there's

15  due process, whether the criminal conviction will, in fact, be

16  imposed on a person.  And so there would be -- there would be

17  process that's due to a person where, in fact, the government

18  claimed some kind of criminal record that's broadly available

19  and widely disseminated.  But in the Ninth Circuit in

20  particular, *Humphries v. County of L.A.*, they -- the Ninth

21  Circuit establishes a test that is lower than the requirement,

22  the compulsion that one party forces another.  "We find that a

23  tangible burden also exists where the plaintiff can show that,

24  as a practical matter, the law creates a framework under which

25  agencies reflexively check the stigmatizing list -- whether by

1    internal regulation or custom -- prior to conferring a legal

2    right or benefit."

3           It's not -- we're not arguing that this Court or

4    Yonas's rights compel Saudi officials to do anything one way or

5    the other.  What we're arguing is that it's the government's

6    actions, affixing a badge of infamy to his passport so that

7    wherever he goes, it's not his American passport protecting

8    him, it's his American passport causing the dissemination of

9    the stigmatizing list.

10          And Your Honor has already, I think, in a profound

11   and penetrating analysis already assessed that being on a

12   watchlist, being on a terrorist watchlist is stigmatizing.

13   It's stigmatizing to one's family and one's community, and I

14   think that should be pulled through in its analysis of the RFRA

15   claim itself, Your Honor.

16          THE COURT:  Thank you very much.

17          For the United States?

18          MS. POWELL:  Couple of points.  First, I agree with

19   the analysis you made in the first place, and I think it can be

20   characterized two ways.  One is that the injury alleged by

21   plaintiff with respect to this is not traceable to the U.S. or

22   redressable by the Court as part of the standing analysis.  It

23   could alternatively be characterized --

24          THE COURT:  Traceable and redressable are two

25   different concepts.  If it's true that the Saudis prevent entry

1    simply and entirely because of the United States putting

2    plaintiff on a watchlist, then that's redressable through

3    actions I can require the United States to take, right?

4    Traceable is another concept, but redressable, you're

5    contending there's nothing I can do to solve this problem

6    because I can't order the Saudis to let him in.  That's true,

7    but I can take other actions that are within my power that at

8    least, taking the facts alleged in the complaint as true, would

9    result in his admission into Saudi Arabia.  Right?

10          MS. POWELL:  Not necessarily, at least as I

11   understand plaintiff's allegations.  Plaintiff's allegations

12   are that the Saudis chose to turn him around and not permit

13   entry into Saudi Arabia, based on some indication in his

14   passport.

15          THE COURT:  The allegations are that the Saudis made

16   their decision, but that decision was based, let's just say

17   entirely on a notation on his U.S. passport.  The implication,

18   the clear inference to be drawn at Rule 12 is that if that

19   notation was not on his U.S. passport, the Saudis would have

20   let him in.  So I guess in that sense I guess I'd see it as

21   redressable.

22          For your argument let's stick with traceable.  What

23   do you make of *Humphries*?

24          MS. POWELL:  I don't have the case in front of me.

25          THE COURT:  Do you remember the case?  That's the sex

1    offender registry case.

2         MR. ABBAS:  Yes, Your Honor.

3         MS. POWELL:  Right.  Which creates sort of the

4    permanent public list that makes it more likely that XY and Z

5    will happen.

6         THE COURT:  One agency puts you on a sex offender

7    list, other agencies check it and then deny you benefits if

8    you're on the list.  They make their decision, but they make it

9    just by looking at the list.

10        MS. POWELL:  Right.

11        THE COURT:  So if you're on it, you -- I don't know

12   what, don't get Section 8 housing or something like that.

13        MS. POWELL:  I think things are a little different

14   when we're talking about a foreign country which allegedly has

15   access to some indication on his passport.

16        I also want to push back a little bit on the notion

17   that we should accept his conclusions under Rule 12 that this

18   means that they had watchlist status.  He alleges that they had

19   access to watchlist status, but he puts forward as factual

20   basis for that, as he has to under *Iqbal*, I think, the factual

21   basis for that is that he saw a Saudi documentation that said

22   there was an indication on his passport that he did something.

23   There's no reason to think whatsoever that, quote, an

24   indication on his passport, end quote, has anything to do with

25   the watchlist.  The watchlist is not an indication on anyone's

1    passport.  It's just not.  It's not physically -- it's not

2    affixed to it, it's not attached to it.  No one considers it.

3    I think even plaintiff's description of how the watchlisting

4    process works does not admit to the interpretation that the

5    watchlist status is somehow affixed to one's passport.

6            Second, it says that it was an indication that he did

7    something, which is simply not a natural way to describe

8    watchlist status.  Perhaps it means one did something, I don't

9    know, but that is not how one would describe it in a government

10   document, I wouldn't think.  I think it's pure speculation on

11   plaintiff's part that this had anything to do with past or

12   present watchlist status -- alleged past or present watchlist

13   status.

14           THE COURT:  That's a good point.  I'm glad you

15   brought that up because I did wonder about that wording.  But

16   let's assume, just so that I know the scope of your argument,

17   that the Saudis told him, "We're not letting you in because

18   you're on the watchlist."  You'd still argue that there's no

19   RFRA claim, right?

20           MS. POWELL:  Yes.

21           THE COURT:  And that would be just fundamental for

22   the idea that his denial of religious liberty is an act

23   undertaken by the Saudis not the United States?

24           MS. POWELL:  I think we would argue that.

25           THE COURT:  And then you'd have to struggle a little

1   with *Humphries*, wouldn't you?

2          MS. POWELL:  We would, we would.  I think the

3   argument would be that Saudi Arabia has the fundamental right

4   as a sovereign nation to turn somebody around, whether it's

5   because of past or present watchlist status.  Even if we told

6   Saudi Arabia, hypothetically, based on no admission of facts

7   whatsoever, this guy is not on the watchlist, shouldn't be on

8   the watchlist, they can still turn him around next time based

9   on information that they happen to know either from us or from

10  elsewhere.

11         THE COURT:  All right.  Thank you very much.

12         I think I phrased my earlier remarks as tentative.

13  So let me make clear that I am now formally granting the motion

14  to amend to file an eighth amended complaint as to the factual

15  allegations.

16         I have grave concerns about the RFRA claim.  I think

17  it's likely futile.  I'm going to take it under advisement,

18  think about it for a little bit, and take a look at *Humphries*

19  and make my decision.

20         Anything further from plaintiff today?

21         MR. ABBAS:  No, Your Honor.  Thank you very much.

22         THE COURT:  From the United States?

23         MS. POWELL:  No, Your Honor.

24         THE COURT:  Thank you.  We'll be in recess.

25         THE COURTROOM DEPUTY:  Court is in recess.

1                (Proceedings concluded at 11:27 a.m.)

--o0o--

        I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


/s/Bonita J. Shumway                    January 23, 2025
_____                 _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter

**MR. ABBAS: [14]** 3/7 3/14 7/5 7/13
10/9 11/3 12/16 12/25 13/12 13/20 14/2
15/13 18/2 20/21
**MS. POWELL: [16]** 3/16 6/6 8/12 8/17
8/25 10/2 16/18 17/10 17/24 18/3 18/10
18/13 19/20 19/24 20/2 20/23
**THE COURT: [29]**
**THE COURTROOM DEPUTY: [2]** 3/4
20/25

**-**

**--o0o [1]** 22/2

**/**

**/s/Bonita [1]** 22/9

**1**

**100 percent [2]** 7/16 10/14
**1000 [1]** 2/22
**11 [3]** 1/6 3/2 4/4
**11:01 [1]** 3/2
**11:27 [1]** 21/1
**12 [8]** 6/4 6/7 9/2 9/9 9/12 10/5 17/18
18/17
**128 [1]** 9/8
**150 [1]** 2/17
**155 [1]** 10/11
**160s [1]** 10/12
**168 [3]** 12/25 13/3 13/6
**185th [1]** 2/8

**2**

**20003 [1]** 2/5
**2024 [2]** 1/6 3/2
**2025 [1]** 2/2
**20820 [1]** 2/11
**2100 [1]** 2/17
**23 [1]** 22/9
**27601 [1]** 2/17

**3**

**301 [1]** 2/22
**326-8188 [1]** 2/23
**3950 [1]** 2/8
**3:13-cv-00899-MO [1]** 1/4
**3:13-cv-899-MO [1]** 3/5

**4**

**453 [1]** 2/5

**5**

**503 [1]** 2/23

**8**

**8188 [1]** 2/23

**9**

**97007 [1]** 2/8
**97049 [1]** 2/11
**97204 [1]** 2/22

**A**

**a.m [2]** 3/2 21/1
**Abbas [2]** 2/4 3/8

**ability [1]** 10/14
**about [8]** 6/5 9/23 12/14 12/17 18/14
19/15 20/16 20/18
**above [1]** 22/6
**above-entitled [1]** 22/6
**absolute [2]** 5/4 5/9
**absolutely [1]** 14/9
**absorb [1]** 3/23
**accept [4]** 13/16 13/16 14/8 18/17
**access [2]** 18/15 18/19
**accurate [1]** 9/2
**act [1]** 19/22
**actionable [2]** 14/3 14/5
**actions [5]** 13/18 14/16 16/6 17/3 17/7
**actor [1]** 12/22
**actual [2]** 10/25 12/21
**add [5]** 4/10 4/10 7/9 10/8 11/6
**added [1]** 5/19
**adding [4]** 6/9 9/21 10/17 14/12
**address [2]** 9/12 10/5
**adds [4]** 9/21 9/22 10/1 10/2
**admission [2]** 17/9 20/6
**admit [1]** 19/4
**advisement [1]** 20/17
**advocacy [1]** 8/20
**affixed [3]** 13/13 19/2 19/5
**affixing [1]** 16/6
**after [2]** 4/5 4/8
**Again [1]** 10/6
**against [8]** 5/24 6/8 8/5 8/10 11/10
12/10 12/23 14/16
**agencies [2]** 15/25 18/7
**agency [1]** 18/6
**ago [3]** 11/15 11/20 12/15
**agree [2]** 4/13 16/18
**al [2]** 1/6 3/5
**all [7]** 3/18 3/18 8/21 8/21 10/3 10/5
20/11
**allegation [2]** 11/7 13/17
**allegations [13]** 4/10 5/10 5/18 7/16 8/1
8/7 8/9 9/25 10/25 17/11 17/11 17/15
20/15
**allege [3]** 13/6 13/8 13/10
**alleged [3]** 16/20 17/8 19/12
**allegedly [2]** 5/15 18/14
**alleges [1]** 18/18
**allow [4]** 8/4 8/6 11/6 14/25
**allowed [1]** 15/8
**allowing [1]** 15/5
**along [3]** 5/23 6/20 11/2
**already [4]** 6/10 9/25 16/10 16/11
**also [6]** 9/18 10/18 11/19 11/24 15/23
18/16
**alternatively [1]** 16/23
**alternatively be [1]** 16/23
**although [2]** 4/11 6/24
**am [3]** 4/4 6/4 20/13
**amend [2]** 11/24 20/14
**amended [5]** 4/3 4/9 13/1 13/3 20/14
**amendment [5]** 4/18 5/9 8/5 8/6 11/6
**amendments [5]** 4/17 5/4 5/21 5/25
11/9
**American [3]** 5/16 16/7 16/8
**among [2]** 7/9 7/19
**amount [1]** 6/10

**Amy [2]** 2/15 3/16
**analysis [6]** 11/9 13/15 16/11 16/14
16/19 16/22
**analyze [2]** 4/11 4/25
**another [5]** 6/4 6/6 12/7 15/22 17/4
**answer [2]** 8/23 11/18
**answering [1]** 14/7
**any [5]** 4/24 5/4 5/8 6/8 7/17
**anyone's [1]** 18/25
**anything [5]** 10/8 16/4 18/24 19/11
20/20
**anyway [2]** 8/2 9/13
**anywhere [1]** 11/20
**apologize [1]** 11/3
**APPEARANCES [1]** 2/2
**Appearing [1]** 3/7
**application [1]** 10/15
**applied [1]** 8/2
**appreciate [1]** 3/19
**appropriate [2]** 5/5 7/2
**Arabia [8]** 5/15 6/18 12/7 15/11 17/9
17/13 20/3 20/6
**are [28]**
**aren't [1]** 11/20
**argue [3]** 10/15 19/18 19/24
**arguing [4]** 4/24 11/14 16/3 16/5
**argument [8]** 1/13 3/5 7/18 12/20 15/12
17/22 19/16 20/3
**around [4]** 5/6 17/12 20/4 20/8
**as [18]** 3/8 5/3 5/19 5/24 6/21 9/5 10/17
13/17 15/24 16/22 17/8 17/10 17/20
18/19 18/20 20/4 20/12 20/14
**ask [3]** 6/2 9/24 11/11
**assembled [1]** 10/23
**assert [1]** 9/4
**assessed [1]** 16/11
**assigned [1]** 10/12
**Associates [1]** 2/10
**assume [1]** 19/16
**attached [1]** 19/2
**authorization [1]** 10/24
**available [1]** 15/18
**Avenue [2]** 2/5 2/8 2/22
**away [1]** 10/14

**B**

**back [2]** 4/20 18/16
**bad [2]** 4/16 4/24
**badge [1]** 16/6
**bankruptcy [1]** 15/2
**bar [2]** 5/4 5/9
**based [4]** 17/13 17/16 20/6 20/8
**basic [3]** 4/10 4/13 11/8
**basically [1]** 10/13
**basis [3]** 7/18 18/20 18/21
**be [32]**
**beat [1]** 5/21
**Beaverton [1]** 2/8
**because [12]** 4/3 9/18 9/21 10/24 11/5
11/15 13/16 17/1 17/6 19/15 19/17 20/5
**been [2]** 10/6 12/13
**before [6]** 1/15 4/6 4/23 8/8 14/25 15/13
**being [5]** 3/18 6/17 13/18 16/11 16/12
**believe [1]** 10/23
**below [1]** 22/4

## B

**benefit [1]** 16/2
**benefits [3]** 5/13 6/17 18/7
**best [1]** 14/7
**better [1]** 8/15
**between [1]** 14/9
**bit [3]** 8/15 18/16 20/18
**bonita [4]** 2/21 2/23 22/9 22/10
**Branch [1]** 2/16
**Brandon [3]** 2/7 2/7 3/9
**brief [1]** 3/22
**briefing [7]** 3/19 3/20 9/2 9/5 9/9 9/12 9/13
**broadly [1]** 15/18
**brought [1]** 19/15
**Brown [1]** 9/7
**buckets [3]** 5/11 6/14 6/15
**burden [1]** 15/23
**BUREAU [1]** 1/6

## C

**CAIR [1]** 2/4
**can [9]** 8/14 9/4 14/21 15/23 16/19 17/3 17/5 17/7 20/8
**can't [2]** 7/19 17/6
**carefully [1]** 14/25
**case [10]** 1/4 3/5 4/6 4/6 4/19 4/24 10/22 17/24 17/25 18/1
**causation [1]** 12/4
**cause [2]** 14/4 22/6
**causing [3]** 13/22 14/13 16/8
**celebrate [1]** 8/19
**centers [1]** 4/14
**certain [4]** 5/13 6/17 13/18 15/4
**certified [1]** 22/7
**certify [1]** 22/4
**cessation [1]** 10/16
**cetera [1]** 4/19
**chain [2]** 13/17 13/24
**change [2]** 6/10 13/2
**characterized [2]** 16/20 16/23
**check [1]** 15/25 18/7
**chose [1]** 17/12
**Circuit [4]** 9/15 14/10 15/19 15/21
**Circuit's [1]** 14/7
**Civil [1]** 2/16
**claim [33]**
**claimed [1]** 15/18
**claims [5]** 6/19 8/2 8/3 9/25 12/13
**classes [1]** 8/20
**clear [4]** 4/23 12/12 17/18 20/13
**close [1]** 8/16
**co [2]** 3/8 3/10
**co-counsel [2]** 3/8 3/10
**come [3]** 5/6 10/19 11/9
**coming [2]** 13/15 15/11
**community [1]** 16/13
**compel [1]** 16/4
**compels [1]** 14/6
**complaint [10]** 4/3 4/5 4/9 5/19 5/22 10/10 13/1 13/3 17/8 20/14
**compulsion [1]** 15/22
**concept [1]** 17/4
**concepts [1]** 16/25
**concern [1]** 12/1

**concerns [1]** 20/16
**concluded [1]** 21/1
**conclusions [1]** 18/17
**conferring [1]** 16/1
**confirming [1]** 7/23
**conformed [1]** 22/7
**Congress [1]** 10/24
**consequences [1]** 14/14
**consider [2]** 9/24 14/12
**considering [1]** 9/19
**considers [1]** 19/2
**constant [1]** 9/10
**contend [2]** 7/9 9/24
**contending [1]** 17/5
**contends [1]** 13/14
**contents [1]** 7/6
**continually [1]** 9/12
**contributed [2]** 5/14 6/18
**control [3]** 12/4 12/8 12/22
**conviction [2]** 15/14 15/15
**copy [1]** 10/25
**core [2]** 12/4 12/20
**correct [2]** 12/16 22/5
**could [3]** 15/1 16/23
**counsel [3]** 3/6 3/8 3/10
**countries [8]** 12/5 12/8 12/10 14/16 14/21 14/24 15/4 15/5
**country [6]** 14/18 14/20 14/22 14/23 15/1 18/14
**County [2]** 14/8 15/20
**Couple [1]** 16/18
**COURT [14]** 1/1 1/16 2/21 9/3 9/7 9/15 10/19 13/1 14/11 14/12 16/3 16/22 20/25 22/11
**Court's [2]** 8/18 10/16
**Courthouse [1]** 2/21
**creates [2]** 15/24 18/3
**criminal [3]** 15/14 15/15 15/18
**CRR [2]** 2/21 22/10
**CSR [2]** 2/21 22/10
**cure [2]** 4/17 5/22
**custom [1]** 16/1
**cut [2]** 5/24 8/10
**cuts [3]** 6/8 6/22 11/10
**cutting [1]** 8/5
**cv [2]** 1/4 3/5

## D

**DATE [1]** 22/10
**DC [1]** 2/5
**dead [2]** 4/6 4/8 5/21
**December [2]** 1/6 3/2
**decide [2]** 7/19 15/6
**decided [1]** 15/7
**deciding [1]** 14/1
**decision [5]** 14/8 17/16 17/16 18/8 20/19
**decisions [1]** 14/23
**declare [1]** 15/2
**defeat [1]** 11/5
**defendant [2]** 2/15 4/9
**defendants [4]** 1/7 3/17 5/12 6/15
**defendants' [2]** 5/14 5/15
**Defense [1]** 2/4
**deficiencies [1]** 4/17 5/22

**degree [2]** 6/21 8/23
**delay [1]** 4/15
**denial [5]** 5/14 6/18 12/11 12/21 19/22
**denied [1]** 13/5
**deny [4]** 5/12 6/3 6/16 18/7
**depart [1]** 3/10
**Department [2]** 2/15 3/16
**dependent [1]** 13/15
**deprivation [2]** 7/15 14/5
**describe [2]** 19/7 19/9
**described [1]** 5/19
**description [1]** 19/3
**despite [1]** 8/5
**determination [1]** 14/3
**did [6]** 8/20 13/7 18/22 19/6 19/8 19/15
**different [3]** 3/25 16/25 18/13
**differential [1]** 14/5
**dilatory [2]** 4/16 4/25
**discussion [1]** 9/8
**dismiss [1]** 10/20
**dismissed [5]** 11/13 11/16 11/17 11/23 12/18
**dispositive [2]** 10/18 10/19
**disproportionate [1]** 5/16
**disseminated [1]** 15/19
**dissemination [2]** 14/15 16/8
**DISTRICT [4]** 1/1 1/2 1/16 2/21
**divided [2]** 6/14 9/18
**Division [1]** 2/16
**do [19]** 3/13 4/10 5/24 7/11 8/21 10/8 10/20 12/8 13/25 14/1 14/21 15/6 15/8 16/4 17/5 17/23 17/25 18/24 19/11
**doctrine [1]** 10/16
**document [1]** 19/10
**documentation [1]** 18/21
**does [8]** 11/12 11/16 12/5 12/5 12/7 12/7 12/9 19/4
**doesn't [3]** 6/11 10/13 12/10
**don't [15]** 3/21 4/7 4/20 5/5 6/21 11/1 11/4 12/2 13/10 13/14 14/19 17/24 18/11 18/12 19/8
**drawn [1]** 17/18
**dubious [1]** 5/7
**due [14]** 7/13 7/17 10/21 10/21 11/13 11/15 11/21 11/25 12/13 12/14 12/19 14/10 15/15 15/17
**duplicative [1]** 11/25

## E

**each [2]** 4/11 5/20
**earlier [1]** 20/12
**East [1]** 2/11
**ECF [2]** 9/7 9/15
**effort [1]** 9/22
**eighth [5]** 4/3 4/9 5/23 13/1 20/14
**either [1]** 20/9
**elaboration [1]** 10/9
**Eldridge [1]** 7/14
**electronically [1]** 13/13
**elsewhere [1]** 20/10
**end [2]** 4/8 18/24
**entirely [3]** 11/18 17/1 17/17
**entitled [1]** 22/6
**entry [5]** 5/15 6/18 13/5 16/25 17/13
**erroneous [1]** 7/15

**E**

**establishes [1]**  15/21
**estoppel [2]**  5/3 5/9
**et [3]**  1/6 3/5 4/19
**et cetera [1]**  4/19
**even [4]**  9/12 11/25 19/3 20/5
**event [1]**  13/21
**events [2]**  11/19 13/17
**ever [1]**  10/14
**example [4]**  9/8 10/11 11/19 14/24
**exclusion [2]**  14/17 14/21
**excuse [1]**  3/11
**existing [1]**  8/3
**exists [1]**  15/23
**expand [1]**  9/15
**explain [1]**  9/18
**extended [1]**  9/8
**extent [2]**  10/3 10/4
**extra [1]**  10/1 10/2

**F**

**facing [1]**  15/12
**fact [6]**  7/19 10/12 10/23 15/6 15/15 15/17
**factor [4]**  5/20 5/24 6/11 8/5
**factors [7]**  4/12 4/15 4/21 4/24 5/1 5/7 7/14
**facts [15]**  5/11 7/4 7/7 7/9 7/11 9/4 9/11 9/12 10/9 10/11 10/17 10/19 11/24 17/8 20/6
**factual [13]**  4/10 5/10 5/18 7/18 8/1 8/7 8/9 9/25 11/6 13/24 18/19 18/20 20/14
**failing [1]**  5/23
**failures [2]**  4/17 5/22
**faith [3]**  4/16 4/25 5/8
**family [1]**  16/13
**far [1]**  11/2
**favor [2]**  6/22 11/14
**favorite [1]**  4/19
**Fayetteville [1]**  2/17
**FBI [1]**  3/5
**FEDERAL [2]**  1/6 2/16
**feel [1]**  3/19
**few [1]**  11/20
**FIKRE [4]**  1/3 3/5 13/5 13/7
**Fikre's [1]**  14/15
**file [2]**  4/2 20/14
**filing [1]**  4/5
**financial [1]**  14/25
**find [1]**  15/22
**first [9]**  4/5 5/20 6/14 8/11 11/11 12/24 14/22 16/18 16/19
**flows [1]**  13/21
**focused [1]**  9/14
**follow [1]**  7/6
**Foman [3]**  4/15 4/23 5/7
**forced [1]**  15/2
**forces [1]**  15/22
**foregoing [1]**  22/4
**foreign [1]**  18/14
**formally [1]**  20/13
**forward [2]**  9/17 18/19
**found [1]**  11/20
**four [1]**  5/11
**fourth [2]**  5/17 6/23

**framework [1]**  15/24
**France [1]**  12/6
**frankly [1]**  9/10
**front [2]**  7/12 17/24
**fun [1]**  4/3
**Fund [1]**  2/4
**fundamental [3]**  15/10 19/21 20/3
**funeral [1]**  3/11
**further [3]**  5/9 10/8 20/20
**futile [7]**  6/21 8/1 8/1 11/22 12/2 12/21 20/17
**futility [2]**  4/18 6/13
**future [1]**  5/4

**G**

**Gadeir [2]**  2/4 3/8
**gather [1]**  8/25
**gathering [1]**  8/17
**general [1]**  6/23
**get [2]**  4/20 18/12
**getting [1]**  8/23
**Give [1]**  11/14
**given [1]**  3/19
**Glacier [1]**  2/11
**glad [1]**  7/9
**go [4]**  3/15 5/20 10/14 11/1
**goes [1]**  16/7
**going [18]**  4/4 4/11 4/23 4/25 5/8 5/10 5/21 6/6 6/9 7/18 7/20 9/13 9/13 9/25 10/20 15/3 15/4 20/17
**good [3]**  3/7 5/8 19/14
**government [9]**  7/2 7/19 9/4 10/14 12/23 14/6 15/14 15/17 19/9
**government's [1]**  16/5
**grant [2]**  6/3 11/6
**granting [2]**  11/23 20/13
**grave [1]**  20/16
**ground [1]**  4/23
**guess [3]**  8/2 17/20 17/20
**guessing [1]**  7/22
**guide [1]**  14/7
**guilty [1]**  7/20
**guy [1]**  20/7

**H**

**had [4]**  10/6 18/18 18/18 19/11
**half [1]**  4/4
**happen [2]**  18/5 20/9
**happens [1]**  10/22
**has [10]**  9/8 12/8 14/4 14/11 15/7 16/10 18/14 18/20 18/24 20/3
**have [12]**  3/10 4/4 5/2 6/9 7/18 10/20 12/13 13/10 17/19 17/24 19/25 20/16
**having [4]**  5/9 9/11 9/19 9/24
**he [7]**  16/7 18/18 18/19 18/20 18/21 18/22 19/6
**heads [1]**  3/12
**hear [4]**  3/24 3/25 7/24 8/14
**heaven [1]**  4/7
**helpful [1]**  3/20
**here [16]**  3/4 3/18 4/2 4/5 5/8 5/21 6/2 6/9 8/13 8/22 9/2 11/5 11/10 11/14 11/23 14/13
**here's [1]**  6/13
**hey [1]**  15/7

**him [10]**  5/24 14/16 14/16 15/10 16/8 17/6 17/12 17/20 19/17 20/8
**his [17]**  7/1 13/7 13/11 13/11 13/12 16/6 16/7 16/8 17/9 17/13 17/17 17/19 18/15 18/17 18/22 18/24 19/22
**historic [1]**  5/23
**Honor [17]**  3/7 3/9 3/12 3/14 6/7 7/5 7/13 11/3 12/25 13/12 13/20 14/2 16/10 16/15 18/2 20/21 20/23
**Honor's [1]**  14/9
**HONORABLE [1]**  1/15
**horse [1]**  5/21
**housing [1]**  18/12
**how [4]**  5/11 5/13 19/3 19/9
**however [1]**  12/6
**Humphries [5]**  14/8 15/20 17/23 20/1 20/18
**hypothetically [1]**  20/6

**I**

**I'd [3]**  3/21 10/2 17/20
**I'll [12]**  3/9 3/25 4/6 4/15 4/20 4/22 6/2 7/24 8/11 8/14 9/23 12/24
**I'm [12]**  4/8 4/11 4/25 5/8 5/10 5/21 7/21 8/17 9/18 14/21 19/14 20/17
**I've [3]**  3/19 3/24 5/19
**Ibrahim [1]**  2/4
**idea [8]**  6/15 6/17 6/19 7/1 7/8 8/22 12/4 19/22
**immigrate [3]**  15/1 15/5 15/8
**implication [1]**  17/17
**imposed [1]**  15/16
**imposes [1]**  15/14
**inclined [2]**  8/4 8/6
**include [1]**  10/10
**including [4]**  5/13 6/16 13/19 14/17
**independent [1]**  12/22
**indicated [1]**  10/3
**indication [8]**  13/6 13/7 17/13 18/15 18/22 18/24 18/25 19/6
**ineluctably [1]**  15/4
**infamy [1]**  16/6
**inference [1]**  17/18
**information [2]**  3/20 20/9
**injury [1]**  16/20
**innocent [1]**  7/20
**instructed [1]**  5/24
**intend [3]**  7/4 7/11 11/5
**intention [1]**  14/4
**interest [1]**  7/3
**internal [1]**  16/1
**international [1]**  14/14
**interpretation [1]**  19/4
**INVESTIGATION [1]**  1/6
**involuntarily [1]**  15/2
**Iqbal [1]**  18/20
**irrelevant [1]**  8/3
**is [60]**
**isn't [1]**  13/23
**issue [1]**  10/18
**issues [2]**  9/14 9/16
**it [42]**
**it's [32]**
**its [3]**  5/22 13/2 16/14
**itself [1]**  16/15

## J

**January [1]**  22/9
**jaws [1]**  11/5
**Jersey [1]**  2/5
**JUDGE [2]**  1/16 9/7
**judicial [1]**  9/10
**jury [1]**  7/12
**just [25]**
**Justice [2]**  2/15 3/16

## K

**kind [2]**  4/22 15/18
**know [11]**  3/23 4/20 9/21 10/24 12/3
15/7 15/9 18/11 19/9 19/16 20/9
**known [1]**  14/14

## L

**L.A [2]**  14/8 15/20
**label [1]**  12/3
**labor [2]**  10/1 10/2
**later [1]**  9/23
**law [3]**  2/7 8/23 15/24
**lawyers [1]**  8/20
**least [6]**  5/3 5/19 9/4 10/4 17/8 17/10
**leave [2]**  3/13 4/2
**left [2]**  9/14 14/11
**legal [5]**  2/4 4/13 9/11 14/3 16/1
**less [1]**  12/1
**let [4]**  15/10 17/6 17/20 20/13
**let's [7]**  5/20 7/8 8/8 11/8 17/16 17/22
19/16
**letting [1]**  19/17
**liberties [1]**  12/11
**liberty [1]**  19/22
**light [3]**  6/7 9/3 11/23
**like [5]**  5/3 7/7 13/22 15/14 18/12
**likely [4]**  6/3 9/1 18/4 20/17
**linked [1]**  6/24 6/25
**list [8]**  10/23 10/25 15/25 16/9 18/4 18/7
18/8 18/9
**listed [1]**  4/21
**litigate [2]**  9/20 10/1
**litigating [1]**  6/11
**litigation [3]**  6/4 6/7 6/9
**little [5]**  8/15 18/13 18/16 19/25 20/18
**living [1]**  12/1
**long [1]**  3/15
**look [5]**  4/14 5/8 13/2 14/24 20/18
**looking [2]**  13/5 18/9
**looks [1]**  12/21
**lot [2]**  3/20 14/20
**loud [2]**  4/4 4/15
**lower [1]**  15/21

## M

**made [2]**  16/19 17/15
**make [9]**  7/4 7/5 7/11 7/21 17/23 18/8
18/8 20/13 20/19
**makes [2]**  14/22 18/4
**making [1]**  13/25
**many [1]**  14/24
**marginal [1]**  10/10
**Mathews [1]**  7/14
**matter [1]**  15/24
**may [3]**  12/13 15/7 15/9

**Mayfield [3]**  2/7 2/7 3/9
**me [12]**  3/8 3/19 3/25 6/1 6/2 7/24 7/25
11/14 11/23 12/1 17/24 20/13
**mean [1]**  13/16
**means [3]**  8/1 18/18 19/8
**meant [2]**  5/5 5/6
**mechanism [1]**  13/9
**meet [1]**  7/2
**merely [2]**  11/12 11/16
**merits [1]**  6/20
**MICHAEL [1]**  1/15
**microphones [1]**  8/15
**mid [1]**  10/11
**might [2]**  7/1 11/22
**mind [2]**  6/11 13/2
**minute [2]**  7/25 12/14
**missed [1]**  3/24
**MO [1]**  1/4 3/5
**modest [1]**  6/10
**moment [2]**  8/17 8/25
**moment's [1]**  11/14
**months [1]**  11/20
**moot [1]**  6/20
**mootness [3]**  9/3 10/15 10/18
**more [5]**  6/23 9/4 11/25 14/16 18/4
**morning [1]**  3/7
**MOSMAN [1]**  1/15
**motion [7]**  4/2 4/14 6/3 10/20 11/6
11/24 20/13
**motive [2]**  4/16 4/25
**movant [2]**  4/16 12/24
**Mr [3]**  2/4 2/7 2/10
**Mr. [3]**  13/5 13/7 14/15
**Mr. Fikre [2]**  13/5 13/7
**Mr. Fikre's [1]**  14/15
**Ms [1]**  2/15
**Ms. [1]**  8/11
**Ms. Powell [1]**  8/11
**much [4]**  10/1 16/16 20/11 20/21
**Muslims [2]**  5/16 10/23
**my [13]**  3/10 3/21 4/19 6/11 8/9 8/17
8/23 8/25 12/2 13/15 17/7 20/12 20/19
**myself [1]**  6/15

## N

**name [1]**  3/6
**narrow [1]**  7/17
**narrowly [2]**  7/2 9/14
**nation [1]**  20/4
**natural [1]**  19/7
**nature [2]**  5/18 7/10
**NC [1]**  2/17
**necessarily [1]**  17/10
**need [4]**  3/13 3/22 3/24 10/5
**Nelson [3]**  2/10 2/10 3/9
**new [7]**  2/5 4/10 9/12 9/15 9/20 9/21
9/24
**next [2]**  5/6 20/8
**Ninth [5]**  9/15 14/7 14/10 15/19 15/20
**no [8]**  1/4 12/8 18/23 19/2 19/18 20/6
20/21 20/23
**No. [1]**  9/8
**No. 128 [1]**  9/8
**nobody [1]**  4/24
**nonstigma [1]**  12/14

**noon [2]**  3/10 3/14
**not [39]**
**notation [2]**  17/17 17/19
**nothing [1]**  17/5
**notion [1]**  18/16
**now [3]**  9/19 9/23 20/13

## O

**o0o [1]**  22/2
**obviously [1]**  6/25
**offender [2]**  18/1 18/6
**Office [1]**  2/7
**official [2]**  13/4 22/11
**officials [1]**  16/4
**Okay [1]**  11/1
**once [1]**  13/20
**one [23]**
**one's [3]**  16/13 16/13 19/5
**onerous [1]**  14/17
**ones [1]**  6/23
**only [1]**  14/6
**opinion [1]**  9/3
**opposing [1]**  4/18
**optimistic [1]**  4/7
**oral [3]**  1/13 3/4 8/20
**ord.uscourts.gov [1]**  2/23
**order [2]**  13/2 17/6
**OREGON [2]**  1/2 1/7
**original [1]**  22/6
**other [4]**  14/21 16/5 17/7 18/7
**out [5]**  4/4 4/4 4/15 11/9 15/11
**outcome [1]**  14/6
**outside [1]**  12/22
**over [2]**  7/10 12/8
**overlap [1]**  4/12
**overt [1]**  5/17
**own [1]**  14/1

## P

**paragraph [4]**  12/25 13/3 13/6 13/16
**paragraphs [1]**  10/11
**part [3]**  4/16 16/22 19/11
**particular [1]**  15/20
**parties [3]**  4/13 9/9 9/11
**party [2]**  4/18 15/22
**passport [15]**  13/7 13/11 13/11 13/13
16/6 16/7 16/8 17/14 17/17 17/19 18/15
18/22 18/24 19/1 19/5
**past [3]**  9/11 19/12 20/5
**pattern [1]**  5/23
**pause [1]**  11/14
**penetrating [1]**  16/11
**people [1]**  10/12
**percent [2]**  7/16 10/14
**perhaps [2]**  13/2 19/8
**permanent [2]**  10/13 18/4
**permit [1]**  17/12
**person [4]**  15/5 15/8 15/16 15/17
**phrased [1]**  20/12
**physically [2]**  13/12 19/1
**picture [2]**  13/4 13/5 13/15
**pieces [1]**  9/18
**place [1]**  16/19
**placement [1]**  7/1
**plaintiff [14]**  1/4 2/4 3/8 3/10 5/13 6/16

**P**

**plaintiff... [8]** 6/24 6/25 8/6 11/10 15/23 16/21 17/2 20/20
**plaintiff's [10]** 4/2 5/14 5/22 6/19 6/19 6/22 17/11 17/11 19/3 19/11
**please [1]** 3/6
**plus [2]** 12/14 12/19
**podium [1]** 8/12
**point [8]** 3/23 4/3 8/18 9/1 10/8 14/9 15/10 19/14
**points [1]** 16/18
**Portland [2]** 1/7 2/22
**possibility [1]** 9/19
**possible [1]** 7/22
**Powell [3]** 2/15 3/16 8/11
**power [1]** 17/7
**practical [1]** 15/24
**predictable [1]** 14/14
**prefer [2]** 8/12 8/25
**prejudice [7]** 4/18 6/1 6/9 6/12 9/9 9/22 11/11
**prejudicial [1]** 9/21
**present [3]** 19/12 19/12 20/5
**presenting [1]** 3/9
**prestigious [1]** 8/23
**prevent [1]** 16/25
**previous [4]** 4/17 5/21 9/7 11/9
**previously [3]** 5/2 11/12 11/17
**prior [3]** 5/24 8/5 16/1
**probably [1]** 9/17
**problem [1]** 17/5
**procedural [4]** 7/13 10/21 11/25 14/10
**proceedings [3]** 1/14 21/1 22/5
**process [17]** 7/14 7/17 9/10 10/6 10/21 10/21 11/13 11/15 11/21 11/25 12/13 12/14 12/19 14/10 15/15 15/17 19/4
**processes [1]** 14/17
**profound [1]** 16/10
**Programs [1]** 2/16
**proposed [3]** 5/10 12/25 13/3
**protecting [1]** 16/7
**public [1]** 18/4
**pull [1]** 8/15
**pulled [1]** 16/14
**pure [2]** 14/2 19/10
**purpose [1]** 9/8
**push [1]** 18/16
**put [6]** 5/10 9/6 9/17 12/3 13/8 15/9
**puts [2]** 18/6 18/19
**putting [1]** 17/1

**Q**

**question [6]** 8/24 9/4 11/11 13/23 13/24 14/7
**quietly [1]** 3/11
**quite [2]** 12/3 12/18
**quote [3]** 13/6 18/23 18/24

**R**

**Raleigh [1]** 2/17
**rate [1]** 4/5
**rationale [1]** 9/6
**ready [1]** 8/23
**reaffirmed [1]** 14/11
**really [3]** 8/2 10/1 10/13

**reargue [1]** 3/22
**reason [2]** 11/21 18/23
**received [1]** 3/20
**recent [1]** 5/14
**recess [2]** 20/24 20/25
**recharacterization [1]** 11/22
**recharacterize [2]** 11/12 11/17
**record [3]** 3/6 15/18 22/5
**redressable [5]** 16/22 16/24 17/2 17/4 17/21
**refer [1]** 13/4
**referring [1]** 7/6
**reflexively [1]** 15/25
**regarding [1]** 10/20
**regardless [1]** 9/2
**registry [1]** 18/1
**regulation [1]** 16/1
**relationships [1]** 13/24
**relatively [1]** 6/10
**relevant [2]** 10/3 10/4
**relies [1]** 11/19
**religious [2]** 12/11 19/22
**reluctant [1]** 14/22
**remanded [1]** 14/11
**remarks [1]** 20/12
**rematching [1]** 9/10
**remember [1]** 17/25
**reopening [1]** 9/3
**repeat [1]** 6/15
**repeated [1]** 4/17
**REPORTER [2]** 2/21 22/11
**require [1]** 17/3
**requirement [1]** 15/21
**reread [1]** 5/3
**research [1]** 10/5
**resolves [1]** 10/14
**respect [1]** 16/21
**respond [1]** 12/6
**responds [2]** 12/6 12/7
**response [2]** 12/9 15/13
**responsibility [2]** 12/3 15/10
**responsible [1]** 14/22
**result [3]** 14/21 15/4 17/9
**revel [1]** 8/22
**RFRA [12]** 4/11 8/8 9/20 11/8 11/12 11/19 12/2 12/20 14/12 16/14 19/19 20/16
**right [11]** 6/4 7/22 9/19 16/2 17/3 17/9 18/3 18/10 19/19 20/3 20/11
**rights [1]** 16/4
**risk [2]** 7/15 7/16
**RMR [2]** 2/21 22/10
**Road [1]** 2/11
**Room [1]** 2/22
**round [3]** 6/4 6/6 9/1
**Rule [8]** 6/4 6/7 9/2 9/9 9/12 10/5 17/18 18/17
**ruling [1]** 9/7

**S**

**S.W [2]** 2/8 2/22
**said [2]** 5/2 18/21
**same [3]** 4/12 11/8 11/9
**satisfy [1]** 5/7 6/11
**Saudi [11]** 5/15 6/18 12/7 13/4 15/11

16/4 17/9 17/13 18/21 20/3 20/6
**Saudis [11]** 13/16 13/25 13/25 15/9 16/25 17/6 17/12 17/15 17/19 19/17 19/23
**saw [1]** 18/21
**say [8]** 4/4 4/15 4/22 7/12 10/2 14/22 15/1 17/16
**saying [1]** 8/3
**says [3]** 4/19 13/6 19/6
**scope [1]** 19/16
**SE [1]** 2/5
**seated [1]** 8/14
**second [7]** 5/2 5/13 6/1 6/14 11/15 14/23 19/6
**secret [1]** 10/23
**Section [1]** 18/12
**see [2]** 6/21 17/20
**seeks [1]** 4/9
**seems [4]** 6/1 6/2 7/24 7/25
**seen [1]** 10/25
**SENIOR [1]** 1/16
**sense [1]** 17/20
**separately [1]** 4/11
**sex [2]** 17/25 18/6
**should [4]** 9/17 13/2 16/14 18/17
**shouldn't [1]** 20/7
**show [4]** 5/11 7/10 7/16 15/23
**shumway [4]** 2/21 2/23 22/9 22/10
**signature [2]** 22/7 22/7
**signing [1]** 22/4
**similarities [4]** 11/18 12/18 14/9 14/13
**similarity [1]** 12/18
**Similarly [1]** 7/17
**simply [2]** 17/1 19/7
**since [2]** 8/10 12/23
**sit [1]** 8/22
**snatch [2]** 11/4 11/5
**so [39]**
**solve [1]** 17/5
**some [13]** 6/20 8/4 9/9 9/13 9/22 9/24 10/2 10/4 10/10 11/22 15/18 17/13 18/15
**somebody [3]** 6/16 8/22 20/4
**somebody's [2]** 5/12 6/16
**somehow [2]** 13/13 19/5
**someone [3]** 5/12 15/1 15/9
**something [8]** 3/24 3/24 13/7 15/6 18/12 18/22 19/7 19/8
**somewhat [1]** 4/12
**sort [9]** 5/3 6/25 7/10 7/21 9/6 10/6 11/18 13/24 18/3
**sounded [1]** 5/3
**sovereign [1]** 20/4
**speak [1]** 8/12
**specifically [1]** 6/24
**speculation [1]** 19/10
**stage [2]** 10/5 10/20
**standard [1]** 4/13
**standing [2]** 10/18 16/22
**start [4]** 3/21 4/23 7/8 12/24
**starts [1]** 13/18
**state [2]** 3/6 12/10
**STATES [27]**
**States' [1]** 15/12
**status [11]** 5/12 10/13 14/15 14/25 18/18 18/19 19/5 19/8 19/12 19/13 20/5

**S**

**stay** [1]  8/14
**stick** [2]  4/21 17/22
**stigma** [1]  12/19
**stigmatizing** [4]  15/25 16/9 16/12 16/13
**still** [2]  19/18 20/8
**stop** [3]  8/8 8/19 8/21
**STP** [1]  11/17
**Street** [1]  2/17
**struggle** [1]  19/25
**subject** [1]  14/16
**substantive** [8]  7/17 10/21 11/13 11/15
  11/21 12/13 12/14 12/19
**Suite** [1]  2/17
**support** [3]  6/18 6/19 7/1
**supporting** [1]  6/20
**suppose** [1]  9/22
**Supreme** [3]  9/3 9/15 14/11
**sure** [2]  7/5 7/21

**T**

**tailored** [1]  7/2
**tailoring** [2]  7/18 10/19
**take** [9]  4/14 5/8 8/18 9/1 14/16 17/3
  17/7 20/17 20/18
**taken** [1]  13/18
**taking** [1]  17/8
**talking** [3]  12/13 12/17 18/14
**tangible** [1]  15/23
**targeting** [1]  5/16
**teach** [1]  8/20
**tell** [1]  8/20
**tend** [2]  5/11 8/10
**tentative** [4]  3/21 8/9 12/23 20/12
**terms** [1]  14/3
**terrorist** [1]  16/12
**test** [1]  15/21
**than** [2]  3/25 15/21
**thank** [12]  3/18 7/22 8/16 10/7 11/1 11/3
  12/12 12/19 16/20 11 20/21 20/24
**that** [131]
**that's** [21]  3/22 3/25 4/19 5/4 5/5 9/2
  10/15 11/13 12/1 12/9 12/16 12/20 13/1
  14/2 15/12 15/17 15/18 17/2 17/6 17/25
  19/14
**their** [4]  14/1 14/17 17/16 18/8
**them** [6]  5/3 5/8 5/19 6/14 9/18 10/4
**themselves** [1]  3/11
**then** [7]  3/21 3/25 12/6 15/3 17/2 18/7
  19/25
**theories** [1]  9/11
**there** [17]  4/22 6/6 7/9 8/8 8/16 8/20 9/1
  11/18 12/12 13/8 14/9 14/24 15/5 15/8
  15/16 15/16 18/22
**there's** [11]  6/3 9/13 9/22 13/6 13/17
  13/23 14/20 15/14 17/5 18/23 19/18
**therefore** [1]  6/21 12/10
**these** [3]  5/6 8/1 14/15
**they** [14]  3/13 4/12 4/21 6/25 12/6 14/25
  15/9 15/20 18/8 18/8 18/18 18/20 20/8
  20/9
**they'll** [1]  3/11
**they're** [6]  6/24 8/3 10/3 10/4 10/18
  14/13
**things** [7]  4/10 4/22 5/2 5/6 7/9 14/20

18/13
**think** [34]
**third** [5]  2/22 5/15 6/13 6/23 6/25
**this** [23]
**Thomas** [3]  2/10 2/10 3/8
**those** [13]  4/25 5/18 6/21 7/4 7/11 8/9
  8/10 8/15 10/25 12/10 12/23 14/13 15/5
**thought** [2]  3/11 10/8
**thoughts** [6]  3/21 8/9 8/10 8/17 8/25
  12/23
**through** [5]  4/23 5/20 10/6 16/14 17/2
**time** [5]  3/11 5/6 5/23 8/21 20/8
**today** [2]  3/4 20/20
**told** [3]  3/25 19/17 20/5
**too** [1]  11/1
**total** [1]  12/18
**totally** [1]  8/3
**traceable** [4]  16/21 16/24 17/4 17/22
**transcript** [3]  1/14 22/5 22/6
**treatment** [1]  14/5
**true** [4]  13/17 16/25 17/6 17/8
**trying** [1]  10/10
**Tunisia** [1]  12/7
**turn** [7]  8/8 8/11 11/8 12/23 17/12 20/4
  20/8
**two** [6]  4/10 4/22 6/21 12/12 16/20
  16/24
**type** [2]  7/18 10/11

**U**

**U.S** [6]  2/15 13/11 13/13 16/21 17/17
  17/19
**ultimately** [1]  15/11
**under** [5]  9/6 15/24 18/17 18/20 20/17
**underinclusive** [2]  5/17 7/10
**understand** [1]  17/11
**undertaken** [1]  19/23
**undue** [4]  4/15 4/18 6/1 6/8 6/11 9/23
**unduly** [1]  9/20
**Unfair** [1]  11/11
**UNITED** [28]
**up** [5]  3/12 4/6 4/8 14/17 19/15
**us** [2]  9/14 20/9
**use** [3]  7/4 7/11 7/22
**used** [2]  5/12 6/15
**useless** [1]  8/4
**usually** [1]  8/2

**V**

**various** [2]  12/5 12/8
**versus** [1]  3/5
**very** [4]  14/25 16/16 20/11 20/21
**victory** [2]  11/4 11/5
**view** [2]  2/11 12/2
**voluntary** [1]  10/16

**W**

**want** [9]  4/7 7/9 7/21 8/19 8/22 11/1
  11/4 12/12 18/16
**was** [10]  5/6 7/1 9/6 12/17 13/4 13/8
  17/16 17/19 18/22 19/6
**Washington** [1]  2/5
**watching** [2]  4/6 4/7
**watchlist** [29]
**watchlisting** [1]  19/3

**way** [7]  8/4 9/17 11/9 11/24 12/6 16/4
  19/7
**ways** [1]  16/20
**we** [26]
**we'll** [3]  8/22 9/23 20/24
**we're** [11]  4/2 6/9 6/10 8/2 10/10 10/17
  14/12 16/3 16/5 18/14 19/17
**we've** [1]  10/24
**well** [4]  3/23 7/8 15/2 15/7
**were** [1]  9/14
**what** [20]  3/25 4/20 5/5 5/5 6/10 7/11
  8/2 8/19 12/3 12/5 12/7 12/8 13/1 13/1
  13/4 13/21 15/6 16/5 16/5 17/22 18/12
**what's** [1]  3/22
**whatever** [1]  12/9
**whatsoever** [2]  18/23 20/7
**when** [6]  3/13 10/19 13/5 14/4 14/6
  18/14
**where** [2]  15/17 15/23
**wherever** [2]  4/8 16/7
**whether** [7]  6/3 9/22 9/24 14/23 15/15
  15/25 20/4
**which** [8]  4/14 4/15 10/3 11/20 15/24
  18/3 18/14 19/7
**who** [1]  7/19
**why** [2]  6/13 12/20
**widely** [1]  15/19
**will** [6]  9/15 10/5 12/6 14/16 15/15 18/5
**wish** [1]  10/8
**within** [1]  17/7
**without** [4]  5/8 10/15 10/23 22/6
**won't** [3]  3/15 15/8 15/9
**wonder** [1]  19/15
**word** [1]  4/20
**wording** [1]  19/15
**work** [1]  9/21
**works** [1]  19/4
**would** [17]  5/7 5/7 8/4 8/6 8/12 9/20
  15/13 15/16 15/16 17/8 17/19 19/9 19/21
  19/24 20/2 20/2 20/3
**wouldn't** [2]  19/10 20/1
**wrap** [1]  4/6
**writing** [1]  3/23

**X**

**XY** [1]  18/4

**Y**

**years** [1]  4/5
**Yes** [4]  7/13 13/20 18/2 19/20
**YONAS** [1]  1/3
**Yonas's** [1]  16/4
**you** [50]
**you'd** [2]  19/18 19/25
**you'll** [1]  8/15
**you're** [6]  9/25 15/12 17/4 18/8 18/11
  19/18
**you've** [3]  3/19 3/25 10/3
**your** [24]

**Z**

**Zigzag** [1]  2/11